IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ANDREW DEGAN and KAILYNNE DEGAN,<br><br>    Plaintiffs,<br><br>v.<br><br>FIVE STAR DODGE, INC. and CAPITAL ONE NA, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-3755-MHC-RGV |

# ORDER

This matter is before the Court on the Final Report and Recommendation ("R&R") of United States Magistrate Judge Russell G. Vineyard [Doc. 121] recommending that Defendants' Motion for Summary Judgment [Doc. 103] be granted.  The Order for Service of the R&R [Doc. 122] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order.  No objections to the R&R have been filed within the permitted time period.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in

accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See <u>United States v. Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

Consequently, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 121] as the Opinion and Order of the Court.  It is hereby **ORDERED** that Defendants' Motion for Summary Judgment [Doc. 103] is **GRANTED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 28th day of December, 2022.

_____
MARK H. COHEN
United States District Judge