UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW DEGAN and KAILYNNE DEGAN,<br>          Plaintiff(s),<br><br>vs.<br><br>FIVE STAR DODGE, INC. and CAPITAL ONE NA, INC.,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:20-CV-3755-MHC-RGV |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendants Five Star Dodge, Inc. and Capital One NA, Inc.'s Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 28th day of December, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                              By:   s/Jill Ayers
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 28, 2022
Kevin P. Weimer
Clerk of Court

By:     s/Jill Ayers
          Deputy Clerk